[No. 19490-9-I. Division One. March 18, 1987.]

PITI PIAMPANICHWAT, *Respondent,* v. J. MICHAEL EGGLIN, ET AL, *Petitioners.*

Appeal from a judgment of the Superior Court for King County, No. 86-2-05391-3, John W. Riley, J., entered October 29, 1986. *Reversed* by unpublished per curiam opinion.

[Nos. 16547-0-I; 16684-1-I. Division One. March 18, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN M. ADAMS, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for Snohomish County, No. 84-1-00521-6, John E. Rutter, Jr., J., entered May 24, 1985. *Remanded with instructions* by unpublished opinion per Grosse, J., concurred in by Ringold, A.C.J., and Pekelis, J.

[No. 16865-7-I. Division One. March 18, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. OTIS LEE MORGAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-1-04431-8, Patricia H. Aitken, J., entered July 16, 1985. *Reversed* and *dismissed* by unpublished opinion per Coleman, J., concurred in by Grosse and Pekelis, JJ.